10-CV-00948-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NANCY L. SCHEIBEL,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

CASE NO. C10-948-JLR

ORDER OF REMAND

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation; and

/ / /

ORDER OF REMAND
PAGE -1

01     (3)    The Clerk of the Court is directed to send copies of this Order to the parties and
02 to Judge Theiler.

03     DATED this 21st day of January, 2011.

                                             /s/ James L. Robart
                                             JAMES L. ROBART
                                             United States District Judge

ORDER OF REMAND
PAGE -2